NATIONAL LABOR RELATIONS
BOARD, Petitioner,

v.

CHAMPA LINEN SERVICE
COMPANY, Respondent.

No. 74–1521.

United States Court of Appeals,
Tenth Circuit.

Feb. 13, 1975.

William Wachter and Frederick Cala-
trello, Attys., N. L. R. B., Peter G. Nash,
Gen. Counsel, John S. Irving, Deputy
Gen. Counsel, Patrick Hardin, Associate
Gen. Counsel, and Elliott Moore, Deputy
Associate Gen. Counsel, N. L. R. B., on
brief, for petitioner.

John K. Pickens, Alexandria, Va., on
brief, for respondent.

Before LEWIS, Chief Judge, and
SETH and McWILLIAMS, Circuit
Judges.

PER CURIAM.

The National Labor Relations Board
seeks enforcement of its order premised
upon its decision, 209 N.L.R.B. No. 57,
that respondent violated § 8(a)(3) and (1)
of the Act by threatening to discharge
and discharging a laundry route delivery-
man for protected union activities. The
respondent resists enforcement contend-
ing that the record as a whole does not
support the findings and conclusions of
the Administrative Law Judge as adopt-
ed by the Board.

The record in this case is brief and
presents testimony of management and
the subject employee in direct conflict as
to whether the employee voluntarily quit
or was discharged. The hearing officer
very bluntly rejected the credibility of
the responsible management witness and
gave blanket approval to the truthful-
ness of the employee. Accepting, as we
must, this determination of credibility
the record supports the Board determi-
nation and accordingly its order will be

Enforced.